# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CAMERON D. WILLIAMS, | : | Case No. 2:25-cv-283 |
| Petitioner, | : | |
| vs. | : | Chief District Judge Sarah D. Morrison |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WARDEN, BELMONT CORRECTIONAL INSTITUTION, | : | |
| Respondent. | : | |

## ORDER

This case is currently before the Court upon Petitioner's Motion for Extension of Time. (Doc. #10). Petitioner moves this Court for a ninety-day extension of time to file his traverse. *Id.*

For good cause shown, Petitioner's Motion for Extension of Time (Doc. #10) is hereby **GRANTED**. Accordingly, Petitioner's traverse is due on or before **November 26, 2025**.

**IT IS SO ORDERED.**

September 2, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge